**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN L. WORTHAM & SON, L.P.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **MBM ADVISORS, INC. N/K/A BOK** | § | |
| **FINANCIAL MANAGEMENT A/K/A** | § | |
| **BOKF, N.A.,** | § | **CIVIL ACTION NO. 4:22-cv-02567** |
| | § | |
| *Defendant/Third-Party Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ALLIANCE PENSION** | § | |
| **CONSULTANTS, LLC,** | § | |
| | § | |
| *Third-Party Defendant* | § | |

## <u>Notification of Partial Settlement by Plaintiff</u>

Come now Plaintiff John L. Wortham & Son, L.P. ("Plaintiff") and hereby notifies

the Court of a partial settlement in this case.  Specifically, Plaintiff has reached a settlement

with one of the defendants, BOK Financial Management ("BOKF").

The Court of Appeals' July 3, 2024 opinion wrote:

> For the foregoing reasons, the Rule 54(b) judgment is VACATED, and this matter is REMANDED for the district court to decide whether subject-matter jurisdiction exists for either the complaint or third-party complaint, and to conduct such further proceedings as may be appropriate.

See Court of Appeal's July 3, 2024 opinion.  The parties then filed a Joint Response of the Parties to the Court of Appeals' Opinion.  (Doc. 40).  To the extent the removal of the Defendant BOKF from this case changes the opinion of this Court, Plaintiff provides notice that such party is no longer a party to the case.

**PRAYER**

Wherefore, premises considered, Plaintiff against requests that the District Court again assess its jurisdiction over the case and the purported parties to the matter.

Respectfully Submitted,

Hanszen ▪ Laporte, LLP

*/s/ Anthony L. Laporte*

Anthony L. Laporte, Attorney
Texas Bar No. 00787876
S.D. Bar No. 21701
Zachary Smith
Texas Bar No. 24103939
S.D. Bar No. 3502773
HANSZEN LAPORTE, LLP
14201 Memorial Drive
Houston, Texas  77079
(713) 522-9444 (Telephone)
(713) 524-2580 (Facsimile)
alaporte@hanszenlaporte.com
zsmith@hanszenlaporte.com
**ATTORNEYS FOR PLAINTIFF**

*Notification of Partial Settlement by Plaintiff --2*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served on June 2, 2026, pursuant to the Federal ECF filing system and/or by certified mail and/or by facsimile and/or by hand delivery to all counsel of record, including those listed below.

Thomas F. Falkenberg
tff@falkenbergives.com
Falkenberg Ives, LLP
230 W. Monroe Street, Suite 2220
Chicago, Illinois 60606
Telephone: (312) 566-4801
***Attorney for Third-Party Defendant***
***Alliance Pension Consultants, LLC***

By: */s/ Anthony L. Laporte*
        ANTHONY L. LAPORTE

*Notification of Partial Settlement by Plaintiff --3*